*Pease, Emmet Angland, George C. McNulty,* (Chief Alien Prop. Unit).

For Respondent, *R. V. Bottomly,* attorney general; *M. J. Thomas,* special assistant attorney general.

No. 8619. In the MATTER OF THE ESTATE OF CLARA E. MULKEY, Deceased. L. K. HILLS, EXECUTOR *vs.* MARION D. SCHMOYER.

Decided: February 20, 1946.

Pursuant to Stipulation, it is hereby ordered that the appeal in the above entitled cause be and it is hereby dismissed.

Dated this 20th day of February, 1946.

*Al Hansen, D. L. O'Hern, W. B. Leavitt,* Attorneys for Petitioner.

*D. R. Young, George W. Farr,* Attorneys for Respondent.

No. 8633. NICK ANDREWS *vs.* CITY OF BUTTE.

Decided: March 19, 1946.

It is hereby ordered that the above entitled appeal be dismissed.

Done this 19th day of March, 1946.

*P. E. Geagan, James F. O'Brien, Jr.,* Attorneys for Appellant.

*H. L. Maury, A. G. Shone, M. Baxter Larson,* Attorneys for Respondent.

No. 8602. CORNELIUS L. ANDERSON, PLAINTIFF AND RESPONDENT, *vs.* LARABIE BROS. BANKERS, INC., DEFENDANTS AND APPELLANTS.

Decided: May 30, 1946.

Pursuant to Stipulation, it is hereby ordered that the above entitled cause be dismissed.

Done this 30th day of March, 1946.

Attorneys for Appellant, *W. E. Keeley,* Deer Lodge; *Maurice J. McCormick,* Deer Lodge; *James B. Castles,* Deer Lodge.

Attorney for Respondent, *S. P. Wilson,* Deer Lodge.

No. 8667. WILLIAM F. STELLING, PLAINTIFF, *vs.* C. S. HANNA, A. L. DUBBS AND J. A. GREER, TRUSTEES OF